UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ILYASAH SHABAZZ, as Administrator of THE ESTATE OF MALIK EL-SHABAZZ, also known as Malcolm X, et al.,<br><br>       Plaintiffs,<br><br> v.<br><br>THE UNITED STATES OF AMERICA,<br><br>       Defendants. | APPEARANCE OF COUNSEL<br><br>1:24-cv-08680 |

TO: The Clerk of the Court and all parties of record.

 I am admitted to practice in the United States District Court for the Southern District of New York, and I appear in this case as counsel for Plaintiffs ILYASAH SHABAZZ, as Administrator of THE ESTATE OF MALIK EL-SHABAZZ, also known as Malcolm X, and, in their individual capacities, ILYASAH SHABAZZ, GAMILAH-LAMUMBA SHABAZZ, MALAAK SHABAZZ.

Dated: New York, New York
    November 15, 2024

Respectfully submitted,

By: _____
David B. Rankin, NY Bar No. 4391074
Beldock Levine & Hoffman, LLP
99 Park Avenue, PH/26th Floor
New York, New York 10016
P: (212) 277-5825
E: drankin@blhny.com