UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ILYASAH SHABAZZ, as Administrator of THE ESTATE OF MALIK EL-SHABAZZ, also known as Malcolm X, et al.,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>THE UNITED STATES OF AMERICA, et al.,<br><br>　　　　　　　　　　　Defendants. | **APPEARANCE OF COUNSEL**<br><br>1:24-cv-08680 |

TO:   The Clerk of the Court and all parties of record.

I am admitted to practice in the United States District Court for the Southern District of New York, and I appear in this case as counsel for Plaintiffs ILYASAH SHABAZZ, as Administrator of THE ESTATE OF MALIK EL-SHABAZZ, also known as Malcolm X, and, in their individual capacities, ILYASAH SHABAZZ, GAMILAH-LAMUMBA SHABAZZ, MALAAK SHABAZZ.

Dated:  New York, New York
　　　　November 15, 2024

Respectfully submitted,

By: _____
Nabeha Shaer, NY Bar No. 5960364
Ben Crump Law, PLLC
633 Pennsylvania Avenue Northwest
Second Floor
Washington, DC 20004
E: nabeha@bencrump.com