AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Ilyasah Shabazz, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 24 Civ. 8680 (DEH) |
| United States of America, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America                                                                                                       .

Date: 12/09/2024

/s/ Danielle Marryshow
*Attorney's signature*

AUSA Danielle J. Marryshow
*Printed name and bar number*

United States Attorney's Office
Southern District of New York
86 Chambers Street, 3rd Floor
New York, New York 10007
*Address*

danielle.marryshow@usdoj.gov
*E-mail address*

(212) 637-2689
*Telephone number*

(212) 637-2750
*FAX number*