UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ILYASAH SHABAZZ, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> THE UNITED STATES OF AMERICA, ET AL ., <br><br> Defendants. | 24-CV-8680 (DEH) <br><br> **MOTION FOR ADMISSION** <br> **PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern District of New York, I, Ben H. Elson hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiffs in the above-captioned action.

I am in good standing of the bars of the states of Illinois and Wisconsin and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony nor have I ever been censured, suspended, disbarred or denied admission or readmission by any court. Please find my declaration pursuant to Local Rule 1.3 attached hereto.

Dated: December 18, 2024
        Chicago, Illinois

Respectfully submitted,

/s/ Ben H. Elson
Ben H. Elson
PEOPLE'S LAW OFFICE
1180 N. Milwaukee Ave.
Chicago, IL 60642
Telephone: (773) 235-0070
Facsimile: (773) 235-6699
Email: ben@peopleslawoffice.com