UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ILYASAH SHABAZZ, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> THE UNITED STATES OF AMERICA, ET AL., <br><br> Defendants. | 24-CV-8680 (DEH) <br><br> **DECLARATION OF BEN ELSON IN SUPPORT OF MOTION FOR <u>ADMISSION PRO HAC VICE</u>** |

I, Ben H. Elson, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am a partner with the law firm the People's Law Office, and have personal knowledge of the facts stated herein.

2. I submit this declaration in support of my motion for admission to practice Pro Hac Vice in the above-captioned matter to appear as counsel for Plaintiffs. As shown in the Certificates of Good Standing annexed hereto, I am a member in good standing of the bars of the states of Illinois and Wisconsin.

3. I have never been convicted of a felony nor have I ever been censured, suspended, disbarred or denied admission or readmission by any court. Furthermore, there are no pending disciplinary proceedings against me in any state or federal court.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the information I have provided is true and accurate. I also understand that the Court retains the right to deny my admission based upon the content of the responses herein.

Executed on this 18th day of December 2024.

                                                  /s/ Ben H. Elson  
                                                  Ben H. Elson  
                                                  PEOPLE'S LAW OFFICE  
                                                  1180 N. Milwaukee Ave.  
                                                  Chicago, IL 60642  
                                                  Telephone: (773) 235-0070  
                                                  Facsimile: (773) 235-6699  
                                                  Email: ben@peopleslawoffice.com