UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ILYASAH SHABAZZ, ET AL.,<br><br>                              Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA, ET AL.,<br><br>                             Defendants. | 24-CV-8680 (DEH)<br><br>**[PROPOSED] ORDER FOR<br>ADMISSION PRO HAC VICE** |

The motion of Ben H. Elson, for admission to practice Pro Hac Vice in the above-captioned action is granted.

Ben H. Elson has declared that he is a member in good standing of the bars of the states of Illinois and Wisconsin and that his contact information is as follows:

    Ben H. Elson
    PEOPLE'S LAW OFFICE
    1180 N. Milwaukee Ave.
    Chicago, Illinois 60642
    Telephone: (773) 235-0070
    Facsimile: (773) 235-6699
    Email: ben@peopleslawoffice.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiffs in the above entitled action;

**IT IS HEREBY ORDERED** that Ben H. Elson is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

                                                         _____
Honorable Dale E. Ho
United States District Judge