# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Benjamin Henry Elson

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/10/2005 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 5th day of December, 2024.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois



**WISCONSIN SUPREME COURT**

OFFICE OF THE CLERK

110 E. Main Street, Suite 215

P.O. Box 1688

Madison, WI 53701-1688

Telephone: 608-266-1880
TTY: 800-947-3529
Fax: 608-267-0640
http://www.wicourts.gov

Samuel A. Christensen
Clerk

*CERTIFICATE OF GOOD STANDING*

*I, Samuel A. Christensen, Clerk of the Supreme Court of Wisconsin certify that the records of this office show that:*

*BENJAMIN ELSON*

*was admitted to practice as an attorney within this state on June 21, 2005 and is presently in good standing in this court.*

*Dated: December 3, 2024*



*SAMUEL A. CHRISTENSEN*
*Clerk of Supreme Court*

AP-7000, 03/2005 Certificate of Good Standing