UNITED STATES DISTRICT COURT
<u>SOUTHERN DISTRICT OF NEW YORK</u>

| | |
|---|---|
| ILYASAH SHABAZZ, as Administrator of THE ESTATE OF MALIK EL-SHABAZZ, also known as Malcolm X, and, in their individual capacities, ILYASAH SHABAZZ, GAMILAH-LAMUMBA SHABAZZ, MALAAK SHABAZZ, | 1:24-CV-08680-DEH <br><br> **MOTION FOR ADMISSION PRO HAC VICE** |
| Plaintiff(s) | |
| v. | |
| THE UNITED STATES OF AMERICA, The Estate of CLYDE ANDERSON TOLSON, on behalf of J. EDGAR HOOVER and The Estate of WILLIAM C. SULLIVAN, The Estate of GEORGE C. MOORE, The Estate of RICHARD MCGARRAH HELMS, ARTHUR FULTON, The Estate of DALE SUTTON, The Estate of AUGUST MICEK, STEVEN EDWARDS, JOHN ALI SIMMONS, RONALD TIMBERLAKE, ABDUL BASIT NAEEM, THE CITY OF NEW YORK, a Municipal Corporation, The Estate of VINCENT LYONS BRODERICK, The Estate of HOWARD R. LEARY, The Estate of FERDINAND CAVALLARO, The Estate of FRANCIS CILENTO, The Estate of WILLIAM E. CONFREY, The Estate of JOHN J. CONROY, The Estate of THOMAS T. CUSMANO, The Estate of WINSTON W. DE VERGEE, The Estate of SANFORD GARELIK, JOSEPH IACOVELLI, The Estate of JOHN J. KEELEY, The Estate of THOMAS C. RENAGHAN, The Estate of FRANCIS J.M. ROBB, The Estate of JAMES RUSHIN, The Estate of HOWARD G. SCHAETZLE, FRANCIS M. SULLIVAN, WARREN TAYLOR, The Estate of PATRICK J. TWOMEY, | |

1

ERNEST VOHS, MICHAEL WILLIS, The Estate of ANTHONY ("TONY") BOUZA, The Estate of GERRY FULCHER, WILLIAM ("BILL") KNAPP, The Estate of BERNARD ("BARNEY") F. MULLIGAN, The Estate of EUGENE ("GENE") A. ROBERTS, HENRY SUAREZ, The Estate of THEODORE ("TED") THEOLOGES, The Estate of RAYMOND A. WOOD, The Estate of ANTHONY ("TONY") ULASEWICZ, and DOES 1 through 50, Inclusive,

                Defendant(s).

1. I am a Senior Associate Attorney with Ben Crump Law, PLLC, located at 633 Pennsylvania Avenue Northwest, Second Floor, Washington, DC 20004.

2. Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Desiree B. Austin-Holliday hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Ilyasah Shabazz, as Administrator of The Estate Of Malik El-Shabazz, also known as Malcolm X, and, in their individual capacities, Ilyasah Shabazz, Gamilah-Lamumba Shabazz, and Malaak Shabazz in the above-captioned action.

3. I am in good standing of the bar(s) of the state(s) of Missouri, Florida, and Georgia, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

4. My certificates of good standing with the states of Missouri, Florida, and Georgia bars are attached hereto as Exhibit A.

Dated: December 18, 2024

Respectfully Submitted,

Applicant Signature: _____

Applicant's Name: Desiree Austin-Holliday

Firm Name: Ben Crump Law, PLLC

Address: 633 Pennsylvania Ave. NW, Floor 2

City/State/Zip: Washington, DC 20004

2

Telephone/Fax: 775-382-2294/850-848-6754

Email: Desiree@bencrump.com

3