UNITED STATES DISTRICT COURT

<u>SOUTHERN DISTRICT OF NEW YORK</u>

| | |
|---|---|
| ILYASAH SHABAZZ, as Administrator of THE ESTATE OF MALIK EL-SHABAZZ, also known as Malcolm X, and, in their individual capacities, ILYASAH SHABAZZ, GAMILAH-LAMUMBA SHABAZZ, MALAAK SHABAZZ, | 1:24-CV-08680-DEH<br><br>**ORDER FOR ADMISSION**<br>**PRO HAC VICE** |
| Plaintiff(s) | |
| v. | |
| THE UNITED STATES OF AMERICA, The Estate of CLYDE ANDERSON TOLSON, on behalf of J. EDGAR HOOVER and The Estate of WILLIAM C. SULLIVAN, The Estate of GEORGE C. MOORE, The Estate of RICHARD MCGARRAH HELMS, ARTHUR FULTON, The Estate of DALE SUTTON, The Estate of AUGUST MICEK, STEVEN EDWARDS, JOHN ALI SIMMONS, RONALD TIMBERLAKE, ABDUL BASIT NAEEM, THE CITY OF NEW YORK, a Municipal Corporation, The Estate of VINCENT LYONS BRODERICK, The Estate of HOWARD R. LEARY, The Estate of FERDINAND CAVALLARO, The Estate of FRANCIS CILENTO, The Estate of WILLIAM E. CONFREY, The Estate of JOHN J. CONROY, The Estate of THOMAS T. CUSMANO, The Estate of WINSTON W. DE VERGEE, The Estate of SANFORD GARELIK, JOSEPH IACOVELLI, The Estate of JOHN J. KEELEY, The Estate of THOMAS C. RENAGHAN, The Estate of FRANCIS J.M. ROBB, The Estate of JAMES RUSHIN, The Estate of HOWARD G. SCHAETZLE, FRANCIS M. SULLIVAN, WARREN TAYLOR, The Estate of PATRICK J. TWOMEY, | |

ERNEST VOHS, MICHAEL WILLIS, The Estate of ANTHONY ("TONY") BOUZA, The Estate of GERRY FULCHER, WILLIAM ("BILL") KNAPP, The Estate of BERNARD ("BARNEY") F. MULLIGAN, The Estate of EUGENE ("GENE") A. ROBERTS, HENRY SUAREZ, The Estate of THEODORE ("TED") THEOLOGES, The Estate of RAYMOND A. WOOD, The Estate of ANTHONY ("TONY") ULASEWICZ, and DOES 1 through 50, Inclusive,

      Defendant(s).

 The motion of Desiree B. Austin-Holliday, for admission to practice Pro Hac Vice in the above captioned action is granted.

 Applicant has declared that she is a member in good standing for the bars of the states of Missouri, Florida, and Georgia and that her contact information is as follows:

 Applicant's Name: Desiree Austin-Holliday

 Firm Name: Ben Crump Law, PLLC

 Address: 633 Pennsylvania Avenue NW, Floor 2

 City/State/Zip: Washington, DC 20004

 Telephone/Fax: 775-382-2294/850-848-6754

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Ilyasah Shabazz, as Administrator of The Estate of Malik El-Shabazz, also known as Malcolm X, and, in their individual capacities, Ilyasah Shabazz, Gamilah-Lamumba Shabazz, and Malaak Shabazz in the above-captioned action.

 **IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys.

Dated: _____                    _____
                                                United States District Judge Dale E. Ho