**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

ILYASAH SHABAZZ, as Administrator
of THE ESTATE OF MALIK EL-
SHABAZZ, also known as Malcolm X,
and, in their individual capacities,
ILYASAH SHABAZZ, GAMILAH-
LAMUMBA SHABAZZ, MALAAK
SHABAZZ,

                                    Plaintiff(s)

                    v.

THE UNITED STATES OF AMERICA,
The Estate of CLYDE ANDERSON
TOLSON, on behalf of J. EDGAR
HOOVER and The Estate of WILLIAM
C. SULLIVAN, The Estate of GEORGE
C. MOORE, The Estate of RICHARD
MCGARRAH HELMS, ARTHUR
FULTON, The Estate of DALE
SUTTON, The Estate of AUGUST
MICEK, STEVEN EDWARDS, JOHN
ALI SIMMONS, RONALD
TIMBERLAKE, ABDUL BASIT
NAEEM, THE CITY OF NEW YORK, a
Municipal Corporation, The Estate of
VINCENT LYONS BRODERICK, The
Estate of HOWARD R. LEARY, The
Estate of FERDINAND CAVALLARO,
The Estate of FRANCIS CILENTO, The
Estate of WILLIAM E. CONFREY, The
Estate of JOHN J. CONROY, The Estate
of THOMAS T. CUSMANO, The Estate
of WINSTON W. DE VERGEE, The
Estate of SANFORD GARELIK,
JOSEPH IACOVELLI, The Estate of
JOHN J. KEELEY, The Estate of
THOMAS C. RENAGHAN, The Estate
of FRANCIS J.M. ROBB, The Estate of
JAMES RUSHIN, The Estate of
HOWARD G. SCHAETZLE, FRANCIS
M. SULLIVAN, WARREN TAYLOR,
The Estate of PATRICK J. TWOMEY,

1:24-cv-08680-DEH


**AFFIDAVIT OF DESIREE AUSTIN-
HOLLIDAY IN SUPPORT OF MOTION
TO ADMIT COUNSEL PRO HAC VICE
DESIREE AUSTIN-HOLLIDAY**

ERNEST VOHS, MICHAEL WILLIS,
The Estate of ANTHONY ("TONY")
BOUZA, The Estate of GERRY
FULCHER, WILLIAM ("BILL")
KNAPP, The Estate of BERNARD
("BARNEY") F. MULLIGAN, The
Estate of EUGENE ("GENE") A.
ROBERTS, HENRY SUAREZ, The
Estate of THEODORE ("TED")
THEOLOGES, The Estate of
RAYMOND A. WOOD, The Estate of
ANTHONY ("TONY") ULASEWICZ,
and DOES 1 through 50, Inclusive,

_____ Defendant(s).

Desiree B. Austin-Holliday, being duly sworn, hereby deposes and says as follows:

1.  I am a Senior Associate Attorney with Ben Crump Law, PLLC.

2.  I submit this affidavit in support of my motion for admission to practice pro hac vice in the above captioned matter.

3.  As shown in the Certificates of Good Standing annexed hereto, I am a member in good standing of the Bar of the States of Missouri, Florida, and Georgia.

4.  There are no pending disciplinary proceedings against me in any State or Federal Court.

5.  I have not been convicted of a felony.

6.  I have not been censured, suspended, disbarred, or denied admission or readmission by any court.

7.  Wherefore your affiant respectfully submits that she be permitted to appear as counsel and advocate pro hac vice in this one case for Plaintiffs Ilyasah Shabazz, as Administrator of The Estate Of Malik El-Shabazz, also known as Malcolm X, and, in their individual capacities, Ilyasah Shabazz, Gamilah-Lamumba Shabazz, and Malaak Shabazz in the above-captioned action.

Dated: December 10, 2024                    Respectfully Submitted,

                                            Signature of Movant: _____

                                            Movant's Name: Desiree B. Austin-Holliday____

                                            Firm Name: Ben Crump Law, PLLC_____

State of _____

County of  _____

This instrument was acknowledged before me
on _____.

by _____.

Address: <u>633 Pennsylvania Avenue NW, 2nd Floor </u>

City/State/Zip: <u>Washington, DC 20004            </u>

Telephone/Fax: <u>800-959-1444/850-848-6754        </u>

Email: <u>Desiree@bencrump.com                  </u>

_____
(Notary stamp)   (Signature of notarial officer)