

# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

**Joshua E. Doyle**
**Executive Director**

**850/561-5600**
**www.FLORIDABAR.org**

State of Florida      )

County of Leon      )

In Re:  1028375
Desiree Brionne Austin-Holliday
Desiree Austin-Holliday
122 S Calhoun St
Tallahassee, FL 32301-1518

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **April 21, 2021**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this  19th  day of **December, 2024**.



Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-321983