UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ilyasah Shabazz, as Administrator of the Estate of
Malik el-Shabazz, also known as Malcolm X, et al.,

                  Plaintiffs,

-v-

The United States of America, et al.,

                  Defendant.

**DECLARATION OF SERVICE**

Civil Action No. 24-cv-08680

I, S. Nettesheim, do hereby state and affirm under penalties of perjury that the following is true and correct:

I am over 18 years of age and am not a party to this action. On December 6, 2024, at 11:38 a.m., I served the below-listed documents upon Defendant The City of New York,

a) Summons in a Civil Action addressed to Defendant,
b) Complaint and Demand for Jury Trial,
c) Civil Cover Sheet,
d) Statement of Relatedness,
e) Appearance of Counsel Luna Droubi,
f) Appearance of Counsel David Rankin,
g) Appearance of Counsel Nabeha Shaer,
h) Notice of Initial Pre-Trial Conference,
i) Individual Rules of Honorable Dale E. Ho,
j) Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, *and*
k) Southern District of New York Electronic Case Filing Rules & Instructions.

Service was made pursuant to F.R.C.P. 4(j)(2)(B), by emailing copies of the listed documents to:

    The City of New York c/o New York City Law Department
    100 Church Street
    New York, New York 10007
    ServiceECF@law.nyc.gov

December 13, 2024

_____
S. Nettesheim

| | |
|---|---|
| **From:** | ServiceECF (Law) |
| **To:** | Sophie Nettesheim |
| **Subject:** | Proof of service receipt |
| **Date:** | Friday, December 6, 2024 11:42:34 AM |

This email confirms receipt of email and constitutes proof of service at the Office of the Corporation Counsel for the City of New York.  Please retain it for your records.  Please note that the Office of the Corporation Counsel has accepted service only for the City of New York and entities for which the Law Department is authorized to accept service, including  the Mayor and City Agency Heads named in their official capacities.  Service of process on any individually named parties has not been accepted.

<u>Documents must be submitted as attachments; linked documents will not be accessed and will not be considered as proper service on the New York City Law Department. All documents submitted after 5:00PM will be considered served on the next business day.</u>

Please be reminded that the Law Department Service Window remains open to accept service of papers on Tuesdays and Thursdays from 9:00 am until 5:00 pm.

Service of process on individuals should continue to proceed in a manner required by applicable law.

**This mailbox is only monitored for service. Please call (212) 356-1140** with any questions or concerns.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Ilyasah Shabazz, as Administrator of the Estate of Malik el-Shabazz, also known as Malcolm X, et al., | **DECLARATION OF SERVICE** |
| Plaintiffs, | Civil Action No. 24-cv-08680 |
| -v- | |
| The United States of America, et al., | |
| Defendant. | |

I, S. Nettesheim, do hereby state and affirm under penalties of perjury that the following is true and correct:

I am over 18 years of age and am not a party to this action. On December 13, 2024, at 12:23 p.m., I served Complaint and Demand for Jury Trial (Docket #1), upon Defendant The City of New York.

Service was made pursuant to F.R.C.P. 4(j)(2)(B), by emailing a copy of the listed document to:

> The City of New York c/o New York City Law Department
> 100 Church Street
> New York, New York 10007
> ServiceECF@law.nyc.gov

December 13, 2024

_____
S. Nettesheim

| | |
|---|---|
| **From:** | ServiceECF (Law) |
| **To:** | Sophie Nettesheim |
| **Subject:** | Proof of service receipt |
| **Date:** | Friday, December 13, 2024 12:27:00 PM |

This email confirms receipt of email and constitutes proof of service at the Office of the Corporation Counsel for the City of New York. Please retain it for your records. Please note that the Office of the Corporation Counsel has accepted service only for the City of New York and entities for which the Law Department is authorized to accept service, including the Mayor and City Agency Heads named in their official capacities. Service of process on any individually named parties has not been accepted.

Documents must be submitted as attachments; linked documents will not be accessed and will not be considered as proper service on the New York City Law Department. All documents submitted after 5:00PM will be considered served on the next business day.

Please be reminded that the Law Department Service Window remains open to accept service of papers on Tuesdays and Thursdays from 9:00 am until 5:00 pm.

Service of process on individuals should continue to proceed in a manner required by applicable law.

**This mailbox is only monitored for service. Please call (212) 356-1140** with any questions or concerns.