UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IIYASAH SHABAZZ, AS ADMINISTRATOR OF THE ESTATE OF MALIK EL-SHABAZZ, ALSO KNOWN AS MALCOLM X, ET AL<br><br>vs<br><br>THE UNITED STATES OF AMERICA, ET AL<br><br>*Plaintiff*<br><br>*Defendant* | N<br>COURT DATE & TIME: AT<br>INDEX #: 1:24-CV-08680-DEH<br>DATE FILED: 11/20/2024<br>Job #: 596169<br>Client File# 8618.01<br><br>BELDOCK LEVINE & HOFFMAN LLP<br>99 PARK AVENUE PH 26TH FL<br>NEW YORK, NY 10016-1601 |

CLIENT'S FILE NO.: 8618.01

**AFFIRMATION OF MAILING**

STATE OF NEW YORK: COUNTY OF NASSAU

I EUGENE SOKOLOV deposited a copy of the SUMMONS IN A CIVIL ACTION, COMPLAINT DEMAND FOR JURY TRIAL, CIVIL COVER SHEET, RELATED CASE STATEMENT, APPEARANCE OF COUNSEL LUNA DROUBI, APPEARANCE OF COUNSEL DAVID RANKIN, APPEARANCE OF COUNSEL NABEHA SHAER, NOTICE OF INITIAL PRETRIAL CONFERENCE, INDIVIDUAL RULES OF HONORABLE DALE E HO, LOCAL RULES OF THE UNITED STATES DISTRICT COURTS FOR THE SOUTHERN AND EASTERN DISTRICTS OF NEW YORK AND SOUTHERN DISTRICT OF NEW YORK ELECTRONIC CASE FILING RULES & INSTRUCTIONS
in a postpaid properly addressed envelope certified number 9589071052702130752535
in an official depository of the United States Post Office on 12/06/2024 to THE UNITED STATES OF AMERICA C/O US ATTORNEY GENERAL MERRICK GARLAND at US DEPARTMENT OF JUSTICE 950 PENNSYLVANIA AVE, NW, WASHINGTON, DC 20530

Said documents were conformed with index number and date of filing endorsed thereon.

The envelope bore the legend personal and confidential and did not indicate legal action or attorney's name.
Envelope was sent by certified mail.

I affirm this December 6, 2024, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.



_____
EUGENE SOKOLOV

Supreme Judicial Services, Inc. 371 Merrick Road - Rockville Centre, N.Y. 11570 Lic# 1092373

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*
- [ ] Return Receipt (hardcopy)  $ _____
- [ ] Return Receipt (electronic)  $ _____
- [ ] Certified Mail Restricted Delivery  $ _____
- [ ] Adult Signature Required  $ _____
- [ ] Adult Signature Restricted Delivery  $ _____

Postmark
Here

596169

Postage
$
Total
$

Sent To: THE UNITED STATES OF AMERICA C/O US ATTORNEY GENERAL MERRICK GARLAND
Street: 950 PENNSYLVANIA AVENUE, NW
City: WASHINGTON, DC 20530

9589 0710 5270 2130 7525 08

PS Form 3800, January 2023 PSN 7530-02-000-9047  See Reverse for Instructions

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Ilyasah Shabazz, as Administrator of the Estate of Malik el-Shabazz, also known as Malcolm X, et al.,

                     Plaintiff(s),

-v-

The United States of America, et al.,

                     Defendant(s).

**DECLARATION OF SERVICE**

Civil Action No.: 24-cv-08680

---

I, Jacqueline BeVier, do hereby state and affirm under penalties of perjury that the following is true and correct:

1.     I am over 18 years of age and am not a party to this action.

2.     On December 13, 2024, at 2pm. I served *Complaint and Demand for a Jury Trial (Docket #1)* upon defendant The United States of America via USPS Certified Mail, to address:

        The United States of America
        c/o U.S. Attorney General Merrick Garland
        U.S. Department of Justice
        950 Pennsylvania Avenue, NW
        Washington, D.C. 20530-001

3.     Said document was enclosed in an envelope addressed to The United States of America, c/o U.S. Attorney General Merrick Garland, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, D.C. 20530-001 and assigned USPS Tracking No. 7015-0640-0003-3074-3144. Said envelope was affixed with sufficient postage and deposited in a mail depository within the exclusive control of the United States Postal Service.

4.     The envelope bore the marking "personal and confidential" and did not indicate legal action or attorney's name.

Dated:     New York, New York
            December 13, 2024

                                            By: */Jacqueline BeVier*
                                                   Jacqueline BeVier

**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

Article Number: 7015 0640 0003 3074 3144

Sent To: MERRICK GARLAND, US ATTY GEN
Street: 950 PENNSYLV. AVE NW
City, State, ZIP: WASHINGTON, DC 20530-0001

---

**SENDER: COMPLETE THIS SECTION**

1. Article Addressed to:

   The United States of America
   c/o US Atty Gen Merrick Garland
   U.S. Dept. of Justice
   950 Pennsylvania Ave, NW
   Washington, DC 20530-0001

2. Article Number: 7015 0640 0003 3074 3144

PS Form 3811, February 2004 — Domestic Return Receipt

---

Return Address:
Luna Droubi
99 Park Avenue, PH/26th Fl.
New York, NY 10016

Addressee:
The United States of America
c/o U.S. Attorney General Merrick Garland
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

Privileged and Confidential

CERTIFIED MAIL — 7015 0640 0003 3074 3144



FIRST-CLASS
US POSTAGE — $012.38°
DEC 13 2024
ZIP 10016

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ILYASAH SHABAZZ, AS ADMINISTRATOR OF THE ESTATE OF MALIK EL-SHABAZZ, ALSO KNOWN AS MALCOLM X, ET AL<br><br>vs *Plaintiff*<br><br>THE UNITED STATES OF AMERICA, ET AL<br><br>*Defendant* | N<br>COURT DATE & TIME: AT<br>INDEX #: 1:24-CV-08680-DEH<br>DATE FILED: 11/20/2024<br>Job #: 596167<br>Client File# 8618.01<br><br>BELDOCK LEVINE & HOFFMAN LLP<br>99 PARK AVENUE PH 26TH FL<br>NEW YORK, NY 10016-1601 |

CLIENT'S FILE NO.: 8618.01              **AFFIRMATION OF SERVICE UPON A CORPORATION**

I, MUATAZ AHMAD, affirms and says deponent is not a party to this action and is over the age of eighteen years and resides in the State of New York.

That on 12/6/2024 at 2:16 PM at 86 CHAMBERS ST 3RD FL, NEW YORK, NY 10007, deponent served the within SUMMONS IN A CIVIL ACTION, COMPLAINT DEMAND FOR JURY TRIAL, CIVIL COVER SHEET, RELATED CASE STATEMENT, APPEARANCE OF COUNSEL LUNA DROUBI, APPEARANCE OF COUNSEL DAVID RANKIN, APPEARANCE OF COUNSEL NABEHA SHAER, NOTICE OF INITIAL PRETRIAL CONFERENCE, INDIVIDUAL RULES OF HONORABLE DALE E HO, LOCAL RULES OF THE UNITED STATES DISTRICT COURTS FOR THE SOUTHERN AND EASTERN DISTRICTS OF NEW YORK AND SOUTHERN DISTRICT OF NEW YORK ELECTRONIC CASE FILING RULES & INSTRUCTIONS

by personally delivering to and leaving with Ostrick Gordon for THE UNITED STATES OF AMERICA C/O US ATTORNEY DAMIAN WILLIAMS, a true copy thereof, and that deponent knew the person so served to be the AUTHORIZED PARTY/Managing Agent and stated (s)he was authorized to accept legal papers for the corporation.

Said documents were conformed with index number and date of filing endorsed thereon.

A description of the person served on behalf of the defendant is as follows:
**Approx Age**: 51 - 65 Yrs., **Approx Weight**: 161-200 Lbs., **Approx Height**: 5' 9" - 6' 0", **Sex**: Male, **Approx Skin**: Black, **Approx Hair**: Covered
Other:

Deponent previously attempted to serve the above named individual on
12/06/2024 12:42 PM 26 FEDERAL PLAZA, 37TH FLOOR, NEW YORK, NY 10278

I affirm this December 10, 2024, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.



MUATAZ AHMAD
2034169

*Supreme Judicial Services, Inc. 371 Merrick Road - Rockville Centre, N.Y. 11570 Lic# 1092373*

| | |
|---|---|
| UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | |
| ILYASAH SHABAZZ, AS ADMINISTRATOR OF THE ESTATE OF MALIK EL-SHABAZZ, ALSO KNOWN AS MALCOLM X, ET AL<br><br>vs<br><br>THE UNITED STATES OF AMERICA, ET AL | N<br>COURT DATE & TIME: AT<br>INDEX #: 1:24-CV-08680<br>DATE FILED: 11/15/2024<br>Job #: 596411<br>Client File# BLH 8618.01<br><br>BELDOCK LEVINE & HOFFMAN LLP<br>99 PARK AVENUE PH 26TH FL<br>NEW YORK, NY 10016-1601 |

*Plaintiff*

*Defendant*

CLIENT'S FILE NO.: BLH 8618.01

**AFFIRMATION OF SERVICE UPON A CORPORATION**

I, MUATAZ AHMAD, affirms and says deponent is not a party to this action and is over the age of eighteen years and resides in the State of New York.

That on 12/16/2024 at 3:05 PM at 86 CHAMBERS ST 3RD FL, NEW YORK, NY 10007, deponent served the within COMPLAINT DEMAND FOR JURY TRIAL

by personally delivering to and leaving with **EDDIE ROSADO** for THE UNITED STATES OF AMERICA C/O US ATTORNEY DAMIAN WILLIAMS, a true copy thereof, and that deponent knew the person so served to be the AUTHORIZED PARTY/Managing Agent and stated (s)he was authorized to accept legal papers for the corporation.

Said documents were conformed with index number and date of filing endorsed thereon.

A description of the person served on behalf of the defendant is as follows:
**Approx Age**: 51 - 65 Yrs., **Approx Weight**: 161-200 Lbs., **Approx Height**: 5' 9" - 6' 0", **Sex**: Male, **Approx Skin**: White, **Approx Hair**: Gray
Other:

I affirm this December 19, 2024, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.



MUATAZ AHMAD
2034169

*Supreme Judicial Services, Inc. 371 Merrick Road - Rockville Centre, N.Y. 11570 Lic# 1092373*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ilyasah Shabazz, as Administrator of the Estate of
Malik el-Shabazz, also known as Malcolm X, et al.,

                      Plaintiffs,

-v-

The United States of America, et al.,

                      Defendants.

**CERTIFICATE OF SERVICE**

Case No. 24-cv-08680 (DEH)

I, LUNA DROUBI, being duly sworn, deposes and says the following:

1. I am an attorney representing Plaintiffs Ilyasah Shabazz, as Administrator of the Estate of Malik el-Shabazz, also known of Malcolm X, et al. in this case. I submit this certificate in accordance with the Court's Notice of Initial Pretrial Conference entered on November 21, 2024 (ECF No. 11).

2. On December 3, 2024, in accordance with the Court's November 21, 2024 Order, Jeffrey Oestericher, Chief, Civil Division U.S. Attorney's Office, SDNY accepted service by email on behalf of the United States of America the following: (a) Docket Entry 11 Notice of Initial Conference, and (b) this Court's Individual Rules and Practices in Civil Cases.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on      December 5, 2024
                      New York, New York                 LUNA DROUBI