AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| Ilyasah Shabazz, as Administrator of the Estate of Malik el-Shabazz, also known as Malcolm X, et al. <br><br> *Plaintiff(s)* <br> v. <br> The United States of America, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No. 1:24-cv-08680 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SEE ATTACHED RIDER

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Jonathan C. Moore, Esq.
> David B. Rankin, Esq.
> Luna Droubi, Esq.
> Beldock Levine & Hoffman LLP
> 99 Park Avenue, Penthouse/26th Floor
> New York, New York 10016

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 01/17/2025                                                         /s/ P. Canales
                                                                *Signature of Clerk or Deputy Clerk*

*[signature: Tammi M. Hellwig]*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:24-cv-08680

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# RIDER TO PROPOSED SUMMONS

THE ESTATE OF ANTHONY (TONY) BOUZA
c/o Administrator Dominick Bouza
4215 Portland Ave
Minneapolis, MN 55407-3136

THE ESTATE OF VINCENT LYONS BRODERICK
c/o Kathleen B. Baird, Co-Administrator of the Estate of Sally Broderick, Former Administrator of the Estate of Vincent Lyons Broderick
10 Robandy Road, Apartment 12, Andover, MA 01810
*and*
c/o Vincent J. Broderick, Co-Administrator of the Estate of Sally Broderick, Former Administrator of the Estate of Vincent Lyons Broderick
48 Stokes Rd, Hebron, NH 03241-4353

THE ESTATE OF THOMAS T. CUSMANO
c/o Trustee Thomas P. Cusmano
7249 128th Street
Seminole, FL 33771

ARTHUR FULTON
1444 Laurelton Ct
Chambersburg, PA 17201-4058

THE ESTATE OF SANFORD GARELIK
c/o Executor Neal C. Garelik
505 8th Save, Fl. 17
New York, NY 10018-6505
*and*
17045 Brockwood Drive
Boca Raton, FL 33496-5930

THE ESTATE OF RICHARD MCGARRAH HELMS
c/o Administrator John G. Kester
313 N Saint Asaph St
Alexandria, VA 22314

THE ESTATE OF HOWARD R. LEARY
c/o Next of Kin Leary, Jennie H
8 Bedford Dr Apt 2
Doylestown, PA 18902-9463

THE ESTATE OF AUGUST MICEK
c/o Administrator Andrew M Micek
48 Bon Air Ave
New Rochelle, NY 10804-3205

THE ESTATE OF GEORGE C. MOORE
c/o Next of Kin Mae Jackson Moore
200 One Nineteen Blvd Apt 2104
Birmingham, AL 35242-7263

THE ESTATE OF BERNARD (BARNEY) F. MULLIGAN
c/o Kathleen Mulligan-Brown, petitioner/ representative of trustee Mary M. Mulligan
10 Red Fox Court
Savannah, GA 31419-9535

THE ESTATE OF THOMAS C. RENAGHAN
c/o Next of Kin Marie T. Knott
10 Nassau Road
Hampton Bays, NY 11946-2225

THE ESTATE OF WILLIAM C. SULLIVAN
c/o Next of Kin Joann Faith Tuttle
139 Laurel Brook Rd.
Middlefield, CT 06455-1264
*and*
c/o Next of Kin William J. Sullivan
151 Main St., Apt 3
Franconia, NH 03580-4802
*and*
c/o Next of Kin Andrew Hawks Sullivan
20 Omega St.
Manchester, NH 03102-2611

THE ESTATE OF DALE SUTTON
c/o Administrator Gregg W. Sutton
10336 Ridge Top Loop
Weeki Wachee, FL 34613-3527

THE ESTATE OF PATRICK J. TWOMEY
c/o Administrator Lorraine Twomey
100 Shedrake P1 Unit 12
Mamaroneck, NY 10543-5916

THE ESTATE OF RAYMOND A. WOOD
c/o Administrator Kelly Wood Germaine 1160 Cultivator St
Mt. Pleasant, SC 29466