UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ILYASAH SHABAZZ, ET AL.,<br><br>      Plaintiff(s),<br><br>    v.<br><br>THE UNITED STATES OF AMERICA, ET AL.,<br><br>      Defendant(s). | 24-CV-8680 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

  At the initial conference on January 28, 2025, the Court entered the following deadlines:

- By **February 28, 2025**, Plaintiffs shall file any motion to extend the deadline for service on the individual defendants.

- By **February 28, 2025**, Plaintiffs and Defendant City of New York shall submit a status letter containing a joint proposal (or competing proposals) for limited discovery.

- By **March 7, 2025**, Plaintiffs and Defendant United States of America shall submit a joint letter proposing schedules for briefing on the United States's anticipated motions to dismiss and for a stay of discovery pending resolution of the motion to dismiss.

  SO ORDERED.

Dated: January 29, 2025
   New York, New York

                       DALE E. HO
                     United States District Judge