UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Ilyasah Shabazz, et al.,<br><br>                         Plaintiffs,<br><br>v.<br><br>The United States of America, et al.,<br><br>                         Defendants. | 24-CV-8680 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

On April 7, 2025, Plaintiffs filed an order to show cause why an order should not be issued compelling the Police Benevolent Association ("PBA")[1] to produce records sought by Plaintiffs in a subpoena *duces tecum* issued and served on February 10, 2025.  PBA is directed to respond in a letter filed on ECF, not to exceed three pages, by **April 14, 2025**.

Plaintiffs are directed to serve a copy of this Order on PBA no later than **April 9, 2025**, and to file proof of service on the docket.

SO ORDERED.

Dated: April 8, 2025
       New York, New York

                                                           DALE E. HO
                                                United States District Judge

---

[1] Although Plaintiff refers to the PBA as the Patrolmen's Benevolent Association, the organization's current name appears to be Police Benevolent Association. *See* https://www.nycpba.org.