UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Ilyasah Shabazz, et al.,<br><br>                          Plaintiffs,<br><br>              v.<br><br>United States of America, et al.,<br><br>                          Defendants. | 24-CV-8680 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

The Court held a conference in this matter on May 27, 2025. As stated at the conference, the deadline for service on the Individual Defendants is **STAYED** pending resolution of the service and jurisdictional issues raised in the parties' letters (ECF Nos. 97-103). The two pending subpoenas relating to service on the Individual Defendants are also **STAYED**. The parties may otherwise continue to proceed with limited voluntary discovery.

As further discussed at the conference, the United States shall file its motion to dismiss by **July 18, 2025**. Plaintiffs shall file their opposition by **August 22, 2025**, and may take an additional 10 pages to address the issues discussed at today's conference regarding the Individual Defendants. The United States shall file any reply by **September 5, 2025**. Also by **September 5, 2025**, the City of New York may submit a reply, not to exceed 10 pages, to address Plaintiffs' arguments regarding the Individual Defendants.

SO ORDERED.

Dated: May 27, 2025
       New York, New York

_____
DALE E. HO
United States District Judge