UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ILYASAH SHABAZZ, as Administrator of THE ESTATE OF MALIK EL-SHABAZZ, also known as Malcolm X, and, in their individual capacities, ILYASAH SHABAZZ, GAMILAH-LAMUMBA SHABAZZ, MALAAK SHABAZZ,

           Plaintiffs,

     v.

THE UNITED STATES OF AMERICA, The Estate of CLYDE ANDERSON TOLSON, on behalf of J. EDGAR HOOVER and The Estate of WILLIAM C. SULLIVAN, The Estate of GEORGE C. MOORE, The Estate of RICHARD MCGARRAH HELMS, ARTHUR FULTON, The Estate of DALE SUTTON, The Estate of AUGUST MICEK, STEVEN EDWARDS, JOHN ALI SIMMONS, RONALD TIMBERLAKE, ABDUL BASIT NAEEM, THE CITY OF NEW YORK, a Municipal Corporation, The Estate of VINCENT LYONS BRODERICK, The Estate of HOWARD R. LEARY, The Estate of FERDINAND CAVALLARO, The Estate of FRANCIS CILENTO, The Estate of WILLIAM E. CONFREY, The Estate of JOHN J. CONROY, The Estate of THOMAS T. CUSMANO, The Estate of WINSTON W. DE VERGEE, The Estate of SANFORD GARELIK, JOSEPH IACOVELLI, The Estate of JOHN J. KEELEY, The Estate of THOMAS C. RENAGHAN, The Estate of FRANCIS J.M. ROBB, The Estate of JAMES RUSHIN, The Estate of HOWARD G. SCHAETZLE, FRANCIS M. SULLIVAN, WARRANT TAYLOR, The Estate of PATRICK J. TWOMEY, ERNEST VOHS, MICHAEL WILLIS, The Estate of ANTHONY

**NOTICE OF MOTION**

No. 24 Civ. 8680 (DEH)

1

("TONY") BOUZA, The Estate of GERRY FULCHER, WILLIAM ("BILL") KNAPP, The Estate of BERNARD ("BARNEY") F. MULLIGAN, The Estate of EUGENE ("GENE") A. ROBERTS, HENRY SUAREZ, The Estate of THEODORE ("TED") THEOLOGES, The Estate of RAYMOND A. WOOD, The Estate of ANYTHONY ("TONY") ULASEWICZ, and DOES 1 through 50, Inclusive,

Defendants.

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Defendants the United States of America, the Estate of William C. Sullivan, the Estate of George C. Moore, Arthur Fulton, the Estate of Dale Sutton, and the Estate of August Micek's (the "Federal Defendants") Motion to Dismiss the Complaint, the Federal Defendants, by their attorney, Jay Clayton, United States Attorney for the Southern District of New York, hereby move this Court for an order dismissing all claims against the Federal Defendants in this action pursuant to Rules 12(b)(1), 12(b)(2), and 12(b)(6) of the Federal Rules of Civil Procedure.

Dated: July 18, 2025
     New York, New York

                      JAY CLAYTON
                      United States Attorney for the
                      Southern District of New York

        By:   /s/ Danielle J. Marryshow
               ILAN STEIN
               DANIELLE J. MARRYSHOW
               JEFFREY S. OESTERICHER
               Assistant United States Attorneys
               86 Chambers Street, Third Floor
               New York, New York 10007
               Telephone: (212) 637-2525/-2689/-2695
               E-mail: ilan.stein@usdoj.gov
                        danielle.marryshow@usdoj.gov
                        jeffrey.oestericher@usdoj.gov