UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ILYASAH SHABAZZ, as Administrator of THE ESTATE OF MALIK EL-SHABAZZ, also known as Malcolm X, and, in their individual capacities, ILYASAH SHABAZZ, GAMILAH-LAMUMBA SHABAZZ, MALAAK SHABAZZ,

      Plaintiffs,

v.

THE UNITED STATES OF AMERICA, The Estate of CLYDE ANDERSON TOLSON, on behalf of J. EDGAR HOOVER and The Estate of WILLIAM C. SULLIVAN, The Estate of GEORGE C. MOORE, The Estate of RICHARD MCGARRAH HELMS, ARTHUR FULTON, The Estate of DALE SUTTON, The Estate of AUGUST MICEK, STEVEN EDWARDS, JOHN ALI SIMMONS, RONALD TIMBERLAKE, ABDUL BASIT NAEEM, THE CITY OF NEW YORK, a Municipal Corporation, The Estate of VINCENT LYONS BRODERICK, The Estate of HOWARD R. LEARY, The Estate of FERDINAND CAVALLARO, The Estate of FRANCIS CILENTO, The Estate of WILLIAM E. CONFREY, The Estate of JOHN J. CONROY, The Estate of THOMAS T. CUSMANO, The Estate of WINSTON W. DE VERGEE, The Estate of SANFORD GARELIK, JOSEPH IACOVELLI, The Estate of JOHN J. KEELEY, The Estate of THOMAS C. RENAGHAN, The Estate of FRANCIS J.M. ROBB, The Estate of JAMES RUSHIN, The Estate of HOWARD G. SCHAETZLE, FRANCIS M. SULLIVAN, WARRANT TAYLOR, The Estate of PATRICK J. TWOMEY, ERNEST VOHS,

No. 24 Civ. 8680 (DEH)

| |
|---|
| MICHAEL WILLIS, The Estate of ANTHONY ("TONY") BOUZA, The Estate of GERRY FULCHER, WILLIAM ("BILL") KNAPP, The Estate of BERNARD ("BARNEY") F. MULLIGAN, The Estate of EUGENE ("GENE") A. ROBERTS, HENRY SUAREZ, The Estate of THEODORE ("TED") THEOLOGES, The Estate of RAYMOND A. WOOD, The Estate of ANYTHONY ("TONY") ULASEWICZ, and DOES 1 through 50, Inclusive, <br><br>        Defendants. |

## DECLARATION OF DEBORAH A. EDWARDS

In accordance with Title 28, United States Code Section 1746, I, DEBORAH A. EDWARDS, do declare and state as follows:

1.  I am the Unit Chief of the Discovery Unit I (DU) of the Federal Bureau of Investigation (FBI), Office of the General Counsel (OGC), at FBI Headquarters, Washington, D.C. From July 2017 to August 2019, I served as the acting Section Chief of the then Discovery Management Section in the Litigation Branch which is a Senior Executive Service position. I have otherwise served as Unit Chief of the DU from approximately September 2010 to present. I have been employed by the FBI since April 1990.

2.  The statements contained in this declaration are based upon my personal knowledge, my review and consideration of documents available to me in my official capacity, and on information obtained from other FBI employees.

3.  DU provides litigation support to the other units in OGC, as well as numerous other entities. DU is responsible for locating, reviewing, and processing for release, any and all responsive materials pertaining to litigation and administrative matters in which the Bureau is directly or indirectly involved. As Unit Chief of DU I, I am responsible for overseeing the

Paralegal Specialists who locate, review, process and produce documents related to a variety of document production requests.

4.   I have access to the records contained in the FBI's Central Records System (CRS). I am also personally familiar with the FBI's records maintenance and retrieval system.

5.   All records contained in the CRS are identifiable through the FBI's practice of indexing records to a particular subject matter or individual. Once indexed, a record pertaining to a particular subject matter or individual is retrievable through a search of the general indices to the CRS. In short, the CRS is the FBI's official system of records for all investigative, administrative and official business of the FBI.

6.   The CRS enables the FBI to maintain information it has acquired while fulfilling its mandated law enforcement responsibilities. The records maintained here consist of administrative, applicant, criminal, personnel and other files compiled for law enforcement purposes. Searching the CRS is the means by which the agency can determine what retrievable information, if any, it may have in its files on a particular subject matter or individual.

7.   I oversaw the Paralegal Specialists, who performed a diligent search of the general indices to the CRS as of July 16, 2025.

8.   A search of the CRS located an administrative claim presented to the FBI by or on behalf of Plaintiff, Ilyasah Shabazz, individually, and Plaintiff Ilyasah Shabazz, as proposed Co-Administrator of the Estate of El-Hajj Malik El-Shabazz, also known as Malcolm X. Attached hereto as <u>Exhibit A</u> is a true and correct copy of the Claim for Damage, Injury, or Death (Standard Form 95) submitted on behalf of Plaintiff, Ilyasah Shabazz, individually, and Plaintiff Ilyasah Shabazz, as proposed Co-Administrator of the Estate of El-Hajj Malik El-

Shabazz, also known as Malcolm X, and dated February 17, 2023 (hereinafter "FTCA Claim One"). The FBI received FTCA Claim One on February 22, 2023.

9. A search of the CRS located an administrative claim presented to the FBI by or on behalf of Plaintiff, Malaak Shabazz. Attached hereto as <u>Exhibit B</u> is a true and correct copy of the Claim for Damage, Injury, or Death (Standard Form 95) submitted on behalf of Plaintiff Malaak Shabazz and dated March 1, 2023 (hereinafter "FTCA Claim Two"). The FBI received FTCA Claim Two on March 9, 2023.

10. A search of the CRS located an administrative claim presented to the FBI by or on behalf of Plaintiff, Gamilah Lamumba Shabazz or Gamilah Lumumba Shabazz. Attached hereto as <u>Exhibit C</u> is a true and correct copy of the Claim for Damage, Injury, or Death (Standard Form 95) submitted on behalf of Gamilah Lumumba Shabazz, and dated March 1, 2023 (hereinafter "FTCA Claim Three"). The FBI received FTCA Claim Three on March 9, 2023.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 16th day of July, 2025

*Deborah A. Edwards*
Deborah A. Edwards, Unit Chief
Discovery Unit I
Office of the General Counsel
Federal Bureau of Investigation
Washington, D.C.