STEVEN BANKS
Corporation Counsel

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

TOBIAS E. ZIMMERMAN
phone: (212) 356-2423
fax: (212) 356-3509
tzimmerm@law.nyc.gov

August 26, 2026

**VIA ECF**
Honorable Dale E. Ho
United States District Judge
United States District Court
for the Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re: *Shabazz, et al. v. United States of America, et al.*, No. 24 Civ. 8680 (DEH).

Your Honor:

I am a Senior Counsel in the Office of Steven Banks, Corporation Counsel for the City of New York, and one of the attorneys assigned to represent Defendant City of New York in the above-referenced matter. Defendant City of New York writes on behalf of all of the represented parties to request a two-week extension of time to submit the joint status letter required by the Court's Order dated August 19, 2026 (Dkt. No. 140). Counsels for Plaintiffs and Defendant United States have expressly authorized the undersigned to make this application on their behalf.

On August 19th the Court issued its Memorandum & Opinion on Defendant United States' motion to dismiss, and ordered the parties to file a joint status letter within 14 days, or by Wednesday, September 2, 2026. Due to the timing of this order, each of the parties have had difficulty coordinating the necessary discussions—both internally with their respective stakeholders, and also between the parties—due to vacation schedules and other commitments. The represented parties therefore respectfully request that the deadline for submission of the joint status letter be extended by an additional two weeks, to and including Wednesday September 16, 2026.

Defendant City of New York thanks the Court for its attention to this matter.

Respectfully submitted,

Tobias E. Zimmerman
*Senior Counsel*
Special Federal Litigation Division

cc: All Counsel (**via ECF**)

Application **GRANTED**. The parties shall adhere to the deadline set forth herein.

The Clerk of Court is respectfully directed to close ECF No. 141.

**SO ORDERED.**

Dale E. Ho
United States District Judge
Dated: August 27, 2026
New York, New York