September 29, 2026

**VIA ECF**
The Honorable Dale E. Ho
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

**Re:** ***Ilyasah Shabazz et al, v. United States of America et al.,***
**(No. 24-cv-08680 (DH) [rel. 24-CV-872; 24-CV-8680]).**

Dear Judge Ho,

Pursuant to the Court's order of August 19, 2026, the Parties have communicated and agree that the Court temporarily stay all proceedings, including the Plaintiff's contemplated amendment of their federal claims, based upon the following representation by the City Defendants:

> *The City of New York does not dispute the serious nature or the historical importance of the allegations in this case. It is the City's position that adversarial litigation in federal court is not conducive to the type of measured and reasoned discussion that should occur, given that Plaintiffs are seeking a positive reckoning with history. Towards that end, the City proposes a temporary pause during which time the individual Plaintiffs and representatives of the Office of the Mayor will meet, with the aim of crafting a mutually agreeable outcome that honors the legacy and importance of Malcolm X. The City therefore requests that the Court stay this action for ninety (90) days to allow Plaintiffs and the Office of the Mayor time to schedule direct meetings between them and, if no resolution is reached in that time, to then refer this matter for a settlement conference or mediation between the City and Plaintiffs.*

The Federal Defendants consent to the City and Plaintiffs' request for a stay.

Application **GRANTED**. The case is hereby **STAYED**. The parties shall submit a joint status letter 90 days from the date of this Order, or if settlement is reached in principle, whichever is sooner.

**SO ORDERED.**

Dale E. Ho
United States District Judge
Dated: October 1, 2026
New York, New York

Respectfully submitted,

/s/

Nabeha Shaer
Benjamin L. Crump*
**BEN CRUMP LAW, PLLC**
633 Pennsylvania Avenue Northwest
Second Floor
Washington, DC 20004

court@bencrump.com
nabeha@bencrump.com

Raymond L. Hamlin*
**HUNT, HAMLIN & RIDLEY**
Military Park Building
60 Park Place
Sixteenth Floor
Newark, New Jersey 07102
Telephone: 973-242-4471
Fax: 973-242-8295
ray.hamlin@hunthamlinridley.com

G. Flint Taylor*
Ben H. Elson*
**PEOPLE'S LAW OFFICE**
1180 N. Milwaukee Ave.
Chicago, IL 60642
Telephone: (773) 235-0070
Fax: (773) 235-6699
flinttaylor@peopleslawoffice.com
ben@peopleslawoffice.com

/s/______________________
Jonathan C. Moore
David Rankin
Luna Droubi
**BELDOCK LEVINE & HOFFMAN LLP**
99 Park Ave., PH/26th Floor
New York, NY 10016
Tel: 212-490-0400
jmoore@blhny.com
dranking@blhny.com
ldroubi@blhny.com

*Counsel for Plaintiffs*
**Admitted pro hac vice, or*
*Pro hac vice or admission forthcoming.*